## H. L. VALENTINE, Inc., as Owner of the Barge THE "SHAMROCK", Appellant, v. Tugs THE "PERTH AMBOY NO. 3" and THE "TACTIC", THE FRED B. DALZELL, Appellee.

### No. 152.

Circuit Court of Appeals, Second Circuit.
Jan. 9, 1939.

1016

. Purdy, Mason & Lamb, of New York City (John E. Purdy and Edmund F. Lamb, both of New York City, of counsel), for appellant.

Lynch & Hagen, of New York City (Henry C. Eidenbach, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Decree affirmed.